UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JANET COIT**, in her official capacity as Assistant Administrator for Fisheries, *et al.*, <br><br> Defendants. | Case No. 20-cv-1150 (CRC) |

## ORDER

Plaintiffs have informed the Court that they "do not intend to challenge any aspect of the Remand Memorandum," which Defendants prepared in response to the Court's March 31, 2022 limited remand order.  Pls.' Status Report at 1, ECF No. 57.

Accordingly, and for the reasons stated in the Court's Memorandum Opinion, ECF No. 51, it is hereby

**ORDERED** that [34] Plaintiffs' Motion for Summary Judgment is DENIED in full; it is further

**ORDERED** that [38] Defendants' Motion for Summary Judgment is GRANTED in full. This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:  August 22, 2022